UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PHAYVANH VIXAYSACK FRICHITTAVONG, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 2:11-cv-00444-JAW |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 2, 2012 (ECF No. 17), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2012